## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

YHT & ASSOCIATES, INC., as
Trustee, on behalf of the holder of the
Residential Accredit Loans, Inc.,
Mortgage Asset-Backed Pass-
Through Certificates, Series 2007-
QS3,

     Plaintiff,

vs.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee
under 20438 Homosassa Court I.V.
Trustee, dated January 17, 2012, et.
al.,

     Defendant(s).

CASE NO.: 3:21-CV-00050-TJC-JBT

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, YHT & ASSOCIATES, INC, by and through its undersigned counsel, hereby gives notice of the voluntary dismissal of this action without prejudice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent via the CM/ECF Portal to Beth Ann Norrow, Esquire, Greenberg Traurig, LLP, 450 S Orange Ave., Suite 650, Orlando, FL 32801 at norrowb@gtlaw.com on this 30th day of July, 2021.

/s/ Lior Segal, Esquire
_____
Lior Segal, Esquire (FBN: 37837)

1

**SEGAL & SCHUH LAW GROUP, P.L.**
18167 U.S. Highway North, Suite 100
Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com – Attorney
marie@segalschuh.com – Paralegal
*Counsel for Plaintiff, YHT & Assoc., Inc.*