# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

YHT AND ASSOCIATES, INC., as
Trustee under 20438 Homosassa Court
I.V. Trust dated January 17, 2012,

    Plaintiff,

v.

Case No. 3:21-cv-50-TJC-JBT

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee, on
behalf of the holder of the Residential
Accredit Loans, Inc., Mortgage Asset-
Backed Pass-Through Certificates,
Series 2007-QS3,

    Defendant.

## **O R D E R**

Upon review of the Notice of Voluntary Dismissal (Doc. 27), filed on July 30, 2021, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of August, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record